UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br>　　vs.<br>Spencer Wells et.al.<br>　　　　Defendant(s) | CRIMINAL NO. 08mj8677<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Yesenia Albarran - Albarran

DATED: 8/7/08

RECEIVED _____ DUSM

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by　Rhearhne
　　　　Deputy Clerk

R. Rhone